UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-124-VMC-TGW
     21 U.S.C. § 846

JACOB SPINOZA

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to
Distribute Protonitazene and Metonitazene)

Beginning on an unknown date and continuing through on or about April 6, 2023, in the Middle District of Florida, and elsewhere, the defendant,

JACOB SPINOZA,

did knowingly and willfully conspire with other persons, both known and unknown, to distribute and possess with intent to distribute controlled substances.

The violation involved a quantity of mixtures and substances containing detectable amounts of protonitazene and metonitazene, both Schedule I controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a. A Mossberg 12-Gauge Shotgun, S/N P080704

    b. A Sears and Roebuck Model 25 Rifle, S/N 5832501;

    c. A Centurion 12-Gauge BP-12 Shotgun, S/N 210505433; and

    d. Assorted shotgun shells and .22 caliber ammunition.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

ROGER B. HANDBERG
United States Attorney

By: _____
Daniel M. Baeza
Assistant United States Attorney
Chief, Transnational Organized Crime

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Criminal Division – South