AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. 8:23-cr-124-VMC-TGW |
| JACOB SPINOZA | |

I, Jacob Spinoza, the above named defendant, who is accused of conspiring to distribute and possess with intent to distribute a mixture and substance containing detectable amounts of protonitazene and metonitazene, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C)., being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
JACOB SPINOZA
Defendant

_____
Adam Allen
Counsel for Defendant

Before _____
　　　　　　Judicial Officer